UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | | |
|---|---|---|
| ALYCE MILITZOK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 0:14-cv-60719-UU |
| | ) | |
| DELTA OUTSOURCE GROUP, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF SETTLEMENT

COME NOW Plaintiff Alyce Militzok and Defendant Delta Outsource Group, Inc., by and through their undersigned counsel, and state they have reached a settlement of all claims set forth in the Complaint. These parties jointly request the Court take no further action in this case for thirty (30) days to allow them to document the settlement.

Dated this 16th day of June, 2014

THE YANKEE CLIPPER LAW CENTER

/s/ Matthew J. Militzok
Matthew J. Militzok, Florida Bar No. 0153842
3230 Stirling Road, Suite 1
Hollywood, Florida 33021
Telephone: (954) 727-8570
Facsimile: (954) 241-6857
mjm@mllawfl.com

*Attorney for Plaintiff*

Respectfully submitted,

FORDHARRISON LLP

/s/ Reynaldo Velazquez
Reynaldo Velazquez, Florida Bar No. 0069779
100 SE 2nd Street, Suite 2150
Miami, Florida 33131
Telephone: (305) 808-2103
Facsimile: (305) 808-2101
rvelazquez@fordharrison.com

THE LOWENBAUM PARTNERSHIP, LLC

/s/ Matthew J. Aplington
Matthew J. Aplington, MO Bar #58565
Julia M. Hodges, MO Bar #64912
  *Admitted Pro Hac Vice*
222 South Central, Suite 901
Clayton, MO 63105
Telephone: (314) 863-0092
Facsimile: (314) 746-4848
maplington@lowenbaumlaw.com
jhodges@lowenbaumlaw.com

*Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 16th day of June, 2014, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the Service List below in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

**SERVICE LIST**

Matthew J. Militzok
The Yankee Clipper Law Center
3230 Stirling Road, Suite 1
Hollywood, Florida 33021
954-727-8570 – phone
954-241-6857 – fax
mjm@mllawfl.co

*Attorney for Plaintiff*

FORDHARRISON LLP

/s/ Reynaldo Velazquez
Reynaldo Velazquez
Florida Bar No.0069779
100 SE 2nd Street, Suite 2150
Miami, Florida 33131
Telephone:  (305) 808-2103
Facsimile:  (305) 808-2101
rvelazquez@fordharrison.com

***Attorney for Defendant***

WSACTIVELLP:6868487.1

2