UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 0:14-cv-60719-UU

ALYCE MILITZOK,

    Plaintiff,

v.

DELTA OUTSOURCE GROUP, INC.,

    Defendant.
_____/

### ADMINISTRATIVE ORDER

THIS CAUSE is before the Court *sua sponte*.

THE COURT has reviewed the record and is otherwise fully advised in the premises. On June 16, 2014, the parties filed a Notice of Settlement, D.E. 25, notifying the Court that the case has been settled in its entirety. It is the parties' responsibility to file all appropriate dismissal documents necessary to effectuate their settlement. Accordingly, it is hereby

ORDERED AND ADJUDGED that, for Administrative Purposes, this case is CLOSED.

DONE AND ORDERED in Chambers at Miami, Florida, this 17th day of June, 2014.

_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

copies provided: counsel of record